■■ In the Matter of GARY J. LESKOW, Appellant, v OFFICE OF COURT ADMINISTRATION, STATE OF NEW YORK, UNIFIED COURT SYSTEM, Respondent. [670 NYS2d 148] —Judgment unanimously affirmed without costs. Memorandum: Petitioner commenced this CPLR article 78 proceeding seeking judicial review of his termination as an at-will employee of respondent. Supreme Court properly granted respondent's cross motion to dismiss the petition for failure to state a cause of action. There is a "very strong presumption" that respondent acted appropriately (*Matter of Diaz v Goldman,* 225 AD2d 344, 346), and petitioner bore the burden of pleading and proving that respondent acted in bad faith (*see, Matter of Thomas v Abate,* 213 AD2d 251; *Matter of D'Arpe v Brown,* 197 AD2d 455; *Matter of Soto v Koehler,* 171 AD2d 567, 568, *lv denied* 78 NY2d 855). Petitioner's conclusory allegations of bad faith based upon speculation are insufficient as a matter of law to meet that burden and to require a hearing on the issue of bad faith (*see,*

*Matter of Thomas v Abate, supra; Matter of Cortijo v Ward,* 158 AD2d 345; *Matter of Whelan v Rozzi,* 155 AD2d 603). (Appeal from Judgment of Supreme Court, Onondaga County, Major, J.—CPLR art 78.) Present—Pine, J. P., Wisner, Callahan, Boehm and Fallon, JJ.